United States District Court
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS RACHFORD, et al.,

    Plaintiffs,

    v.

AIR LINE PILOT ASSOCIATION, et al.,

    Defendants.
_____/

No. C 03-3618 PJH

**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs' motion for leave to file a third amended complaint came on for hearing on December 14, 2005. Plaintiffs appeared by their counsel G. Stephen Long, Marty Harper, and Andrew S. Jacob. Defendant Air Line Pilots Association appeared by their counsel Stephen P. Berzon, Jeffrey B. Demain, and Barbara Chisholm. Defendants CNF, Inc., Menlo Worldwide Forwarding, Inc., and Emery Worldwide Airlines, Inc., appeared by their counsel Michael C. Hallerud. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the court hereby GRANTS the motion as follows and for the reasons stated at the hearing.

The court finds that the motion is controlled by Federal Rule of Civil Procedure 15(a), not (as argued by defendants) by Federal Rule of Civil Procedure 16(b). Rule 15(a) requires that leave to amend be granted "when justice so requires." Fed. R. Civ. P. 15(a). Leave to amend is ordinarily granted unless the amendment is futile, would cause undue prejudice to

the defendants, or is sought by the plaintiffs in bad faith or with a dilatory motive. <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962). Absent prejudice, or a strong showing of the other factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend. <u>Eminence Capital, LLC v. Aspeon, Inc.</u>, 316 F.3d 1048, 1052 (9th Cir. 2003).

As stated at the hearing, the court finds that the Rule 15(a) factors favor granting leave to amend. While defendant Air LIne Pilots Association ("ALPA") made a strong argument that granting leave to amend as to ALPA would be futile, the court finds that the issues raised in connection with this argument would be better addressed in connection with a motion under Federal Rule of Civil Procedure 12.

Plaintiffs shall file the third amended complaint no later than Friday, December 16, 2005. ALPA shall file its motion to dismiss no later than Wednesday, December 28, 2005. Plaintiffs shall file their opposition to ALPA's motion no later than Wednesday, January 11, 2006, and the reply shall be filed no later than Wedesday, January 18, 2006.

The remaining defendants shall file a motion under Federal Rule of Civil Procedure 12 or 56 no later than Wednesday, January 25, 2006. The opposition shall be filed no later than Wednesday, February 8, 2006, and the reply shall be filed no later than Wednesday, February 15, 2006.

The court will decide both motions on the papers.

**IT IS SO ORDERED.**

Dated: December 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge