**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS RACHFORD, et al.,

    Plaintiffs,

    v.

AIR LINE PILOTS ASSOCIATION, et al.,

    Defendants.

_____/

No. C 03-3618 PJH

**ERRATA**

    The order granting plaintiffs' motion for leave to file a third amended complaint in the above entitled action, filed on December 15, 2005, should be amended as follows: The case number listed in the caption should be "C 03-3618 PJH," not "C 03-1103 PJH."

**IT IS SO ORDERED.**

Dated: December 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge