Marty Harper, *pro hac vice*
Andrew S. Jacob, *pro hac vice*
**SHUGHART THOMSON & KILROY, P.C.**
3636 N. Central Ave., Suite 1200
Phoenix, AZ 85012
Phone: (602) 650-2000
Fax: (602) 264-7033

G. Stephen Long, *pro hac vice (pending)*
John D. Phillips, *pro hac vice (pending)*
**SHUGHART THOMSON & KILROY, P.C.**
1050 17th Street, Suite 2300
Denver, Colorado 80265
Phone: (303) 572-9300
Fax: (303) 572-7883

David T. Alexander (CSB # 49996)
**MBV LAW LLP**
855 Front Street
San Francisco, CA 94111
Phone: (415) 781-4400
Fax: (415) 989 - 5143

Attorneys for Plaintiffs

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS RACHFORD, *et al.*, | CASE NO. C 03-3618 PJH |
| Plaintiffs, | <u>CLASS ACTION</u> |
| vs. | **STIPULATION AND ORDER TO: 1) FILE FOURTH AMENDED COMPLAINT; 2) ALLOW CORPORATE DEFENDANTS THIRTY DAYS AFTER FILING TO RESPOND; 3) RELATE ADDED CLAIM BACK TO DECEMBER 2, 2005, 4) AMEND WITHOUT PREJUDICE TO ALPA'S PENDING MOTION; AND 5) DISMISS *RACHFORD III*.** |
| AIR LINE PILOTS ASSOCIATION, *et al.*, | |
| Defendants. | |

The parties hereby stipulate to:

1) File the Fourth Amended Complaint in the above titled action, incorporating as the Eleventh Claim for relief the Fourth Claim for Relief from *Albright, et al. v. Emery Worldwide Airlines, Inc., et al.*, Case No. C 05-05261 (hereinafter "*Rachford III*");

2) Allow the Corporate Defendants thirty days after the filing date of the Fourth Amended Complaint to respond with motion or answer;

3) Have the Eleventh Claim, based on California Business and Professions Code Section 17200, *et seq.*, relate back to the December 2, 2005 filing date of *Rachford III*;

4) Do so without prejudice to ALPA's Motion to Dismiss, etc., filed on December 28, 2005, which shall be deemed to apply to the Fourth Amended Complaint; and

5) Dismiss *Rachford III* without prejudice.

A copy of the proposed Fourth Amended Complaint is attached, wherein changed language is underlined for convenience, and found on pages 30 and 31.

Dated: January 20th, 2006

Marty Harper
Attorney for Plaintiffs


Dated: January 20, 2006

Jeffrey B. Demain
Attorney for Defendant
Air Line Pilots Association, Int'l

Dated: January 19, 2006

Michael C. Hallerud
Attorney for Defendants
Emery Worldwide Airlines, Inc., *et al.*

IT IS SO ORDERED:
      January 23
Dated _____, 2006



Phyllis J. Hamilton
United States District Judge