1  Marty Harper, Esq. (*pro hac vice*)
   Andrew S. Jacob, Esq. (*pro hac vice*)
2  SHUGHART THOMSON & KILROY, P.C.
   3636 N. Central Avenue, Suite 1200
3  Phoenix, Arizona 85012
   Telephone:   (602) 650-2000
4  Facsimile:   (602) 264-7033

5  G. Stephen Long, Esq. (*pro hac vice*)
   John D. Phillips, Esq. (*pro hac vice*)
6  SHUGHART THOMSON & KILROY, P.C.
   1050 Seventeenth Street, Suite 2300
7  Denver, Colorado 80265
   Telephone:   (303) 572-9300
8  Facsimile:   (303) 572-7883

9  David T. Alexander, Esq. (SBN 49996)
   MBV LAW LLP
10 855 Front Street
   San Francisco, California 94111
11 Telephone:   (415) 781-4400
   Facsimile:   (415) 989-5143
12
   Attorneys for Plaintiffs
13

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

| 18 | THOMAS RACHFORD, *et al.*, | No. C-03-03618 PJH |
|---|---|---|
| 19 | Plaintiffs, | **CLASS ACTION** |
| 20 | vs. | **STIPULATION TO EXTEND HEARING ON DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND PETITION FOR ORDER COMPELLING ARBITRATION** |
| 21 | AIR LINE PILOTS ASSOCIATION INTERNATIONAL, *et al.*, | |
| 22 | | |
| 23 | Defendants. | |
| 24 | AND RELATED COUNTERCLAIM. | |

25

26         Pursuant to Local Rules 6-1 and 6-2, IT IS HEREBY STIPULATED by and

27 between the parties, through their respective counsel, that the hearing on Defendants

28 CNF, Inc., Menlo Worldwide Forwarding, Inc., and Emery Worldwide Airlines, Inc.'s

1 | Motion to Dismiss Or In The Alternative For Summary Judgment and Petition for Order
2 | Compelling Arbitration shall be continued from April 5, 2006 at 9:00 a.m. to April 12,
3 | 2006 at 9:00 a.m. This extension is for the purpose of avoiding conflicts in plaintiffs'
4 | counsels' schedule regarding the April 5, 2006 date. The one week extension will not
5 | have any effect on the schedule for the case.

Dated: February 24, 2006          THELEN REID & PRIEST

                                  By: /s/ Michael C. Hallerud
                                      Michael C. Hallerud
                                      Attorneys for Defendants CNF, Inc.,
                                      Menlo Worldwide Forwarding, Inc., and
                                      Emery Worldwide Airlines, Inc.

Dated: February 24, 2006          SHURGHART, THOMSON & KILROY, P.C.
                                  MBV LAW LLP

                                  By: /s/ David T. Alexander
                                      David T. Alexander
                                      Attorneys for Plaintiffs

                                  **ORDER**

IT IS SO ORDERED.

Dated: 2/28/06

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED
Judge Phyllis J. Hamilton