STEPHEN P. BERZON, State Bar No. 46540
JEFFREY B. DEMAIN, State Bar No. 126715
BARBARA J. CHISHOLM, State Bar No. 224656
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064

Attorneys for Counterclaimant Air Line Pilots Association, International

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS RACHFORD, et al., | Case No. C03-3618 PJH (JCS) |
| Plaintiffs, | **CLASS ACTION** |
| v. | STIPULATION TO DISMISS COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) ; AND ORDER |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | |
| Defendants. | Before the Hon. Phyllis J. Hamilton |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Counterclaimant, | |
| v. | |
| MARK LUTHI and WENDY ALBRIGHT, | |
| Counterdefendants. | |

Counterclaimant Air Line Pilots Association, International (hereinafter "ALPA") and Counterdefendants Mark Luthi and Wendy Albright (hereinafter "Counterdefendants"), by and through their undersigned counsel of record, hereby stipulate to dismiss with prejudice the counterclaim brought by ALPA against the Counterdefendants in the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Defendants Emery Worldwide Airlines, Inc., Menlo

Worldwide Forwarding, Inc., and CNF Inc., although not parties to the counterclaim, hereby join in this stipulation, by and through their undersigned counsel of record. The foregoing parties further hereby stipulate that all parties shall bear their own attorneys' fees, court costs and litigation expenses incurred with regard to the counterclaim.

The foregoing is so stipulated and agreed.

STEPHEN P. BERZON
JEFFREY B. DEMAIN
BARBARA J. CHISHOLM
Altshuler, Berzon, Nussbaum, Rubin & Demain

Dated: June 15, 2006.          By: _____
                                    Jeffrey B. Demain

Attorneys for Counterclaimant Air Line Pilots Association, International

Marty Harper, *pro hac vice*
Andrew S. Jacob, *pro hac vice*
SHUGHART THOMSON & KILROY, P.C.
3636 N. Central Ave., Suite 1200
Phoenix, AZ 85012
Phone: (602) 650-2000
Fax: (602) 264-7033

G. Stephen Long, *pro hac vice*
John D. Phillips, *pro hac vice*
SHUGHART THOMSON & KILROY, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado 80265
Phone: (303) 572-9300
Fax: (303) 572-7883

David T. Alexander (CSB # 49996)
MBV LAW LLP
855 Front Street
San Francisco, CA 94111
Phone: (415) 781-4400
Fax: (415) 989-5143

Dated: June 15, 2006.          By: _____
                                    Marty Harper

Attorneys for Counterdefendants Mark Luthi and Wendy Albright

```
                                    MICHAEL C. HALLERUD, CA BAR NO. 68971
                                    KENT JONAS, CA BAR NO. 55001
                                    THELEN REID & PRIEST LLP
                                    101 Second Street, Suite 1800
                                    San Francisco, CA 94105-3606
                                    Telephone:   (415) 371-1200
                                    Facsimile:   (415) 371-1211


Dated: June 15, 2006.          By: /s/ Michael C. Hallerud
                                    Michael C. Hallerud

                                    Attorneys for Defendants Emery Worldwide
                                    Airlines, Inc.; Menlo Worldwide Forwarding, Inc.;
                                    and CNF Inc.
```

6/16/06

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*