MICHAEL C. HALLERUD (CA BAR NO. 068971)
KENT JONAS (CA BAR NO. 055001)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone:    415.371.1200
Facsimile:    415.371.1211

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS RACHFORD, et al., | Case No. C 03-3618 SC |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; EMERY WORLDWIDE AIRLINES, INC.; EMERY AIR FREIGHT CORPORATION, d/b/a EMERY FREIGHT FORWARDING, INC., a/k/a MENLO WORLDWIDE, | STIPULATION RE: ADMINISTRATIVE CLOSURE AND FEES/COSTS |
| Defendants. | |

Plaintiffs THOMAS RACHFORD, WENDY ALBRIGHT, MARK LUTHI, and NEIL GALLAGHER and Defendants CNF INC., EMERY WORLDWIDE AIRLINES, INC., and MENLO WORLDWIDE FORWARDING, INC. hereby stipulate as follows:

1. Plaintiffs and Defendant Menlo Worldwide Forwarding, Inc. stipulate to the administrative closure of Plaintiffs' Second Claim for Relief.

2. Plaintiffs and Defendants stipulate between themselves to bear their own attorneys' fees and costs for the entire action through the date of this Stipulation.

1  IT IS SO STIPULATED:

2  Dated: July 31, 2006                    SHUGHART THOMSON & KILROY, P.C.

3

4                                          By _____/s/_____
                                              MARTY HARPER
5                                             Attorneys for Plaintiffs

6

7  Dated: July 31, 2006                    THELEN REID & PRIEST LLP

8

9                                          By _____/s/_____
                                              MICHAEL C. HALLERUD
10                                            Attorneys for Defendants

11

12 IT IS SO ORDERED:

13 Dated: August 2, 2006

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton

-2-
Stipulation re: Administrative Closure and Fees/Costs

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW