1   MICHAEL C. HALLERUD (CA BAR NO. 068971)
    KENT JONAS (CA BAR NO. 055001)
2   THELEN REID & PRIEST LLP
    101 Second Street, Suite 1800
3   San Francisco, CA  94105-3606
    Telephone:     415.371.1200
4   Facsimile:     415.371.1211

5   Attorneys for Defendants

6

7

8                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION

10

11  THOMAS RACHFORD, *et al.*,                Case No. C 03-3618 SC

12              Plaintiffs,

13       v.

14  AIR LINE PILOTS ASSOCIATION,              **STIPULATION TO DEEM FOURTH
    INTERNATIONAL; EMERY WORLDWIDE            AMENDED COMPLAINT AMENDED
15  AIRLINES, INC.; EMERY AIR FREIGHT         TO EFFECT DISMISSAL WITH
    CORPORATION, d/b/a EMERY FREIGHT          PREJUDICE OF SEVENTH CLAIM FOR
16  FORWARDING, INC., a/k/a MENLO             RELIEF**   AND ORDER
17  WORLDWIDE,                                        **[FRCP 15(a)]**

18              Defendants.

19

20       Plaintiffs THOMAS RACHFORD, WENDY ALBRIGHT, MARK LUTHI, and NEIL

21  GALLAGHER and Defendant EMERY WORLDWIDE AIRLINES, INC. ("EWA") hereby

22  stipulate pursuant to Rule 15(a) of the Federal Rules of Civil Procedure that the Fourth Amended

23  Complaint be deemed amended to delete Plaintiffs' Seventh Claim for Relief.  Plaintiffs and EWA

24  intend this amendment to effect, and this amendment shall effect, a dismissal of the Seventh Claim

25  for Relief with prejudice.

26       Defendants MENLO WORLDWIDE FORWARDING, INC. and CNF INC. hereby consent

27  to the foregoing amendment of the Fourth Amended Complaint.

28

1    IT IS SO STIPULATED:

2    Dated:  July 31, 2006                    SHUGHART THOMSON & KILROY, P.C.

3

4                                             By      /s/
                                                    MARTY HARPER
5                                                   Attorneys for Plaintiffs
                                                    Thomas Rachford, Wendy Albright, Mark
6                                                   Luthi, and Neil Gallagher

7    Dated:  July 31, 2006                    THELEN REID & PRIEST LLP

8

9                                             By      /s/
                                                    MICHAEL C. HALLERUD
10                                                  Attorneys for Defendant
                                                    Emery Worldwide Airlines, Inc.
11

12   CONSENT TO AMENDMENT:

13   Dated:  July 31, 2006                    THELEN REID & PRIEST LLP

14

15                                            By      /s/
                                                    MICHAEL C. HALLERUD
16                                                  Attorneys for Defendants
                                                    CNF Inc. and Menlo Worldwide Forwarding,
17                                                  Inc.

18

19   IT IS SO ORDERED:

20   Dated:  August 2, 2006

21

22                                            IT IS SO ORDERED

23                                            Judge Phyllis J. Hamilton

24

25

26

27

28

Stipulation for Amendment/Dismissal