UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS RACHFORD, et al.,

    Plaintiffs,

    v.

AIR LINE PILOTS ASSOCIATION INTERNATIONAL, et al.,

    Defendants.
_____/

No. C 03-3618 PJH

**JUDGMENT**

All claims in the above-entitled action having been dismissed or settled,

It is Ordered and Adjudged

that plaintiffs take nothing and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: August 2, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge