**United States District Court**
For the Northern District of California

1
2
3
4
5               UNITED STATES DISTRICT COURT
6               NORTHERN DISTRICT OF CALIFORNIA
7
8
9
10
11   THOMAS RACHFORD, et al.,
12           Plaintiff,                    No. C 03-3618 PJH
13       v.                                **ORDER VACATING JUDGMENT**
14   AIR LINE PILOTS ASSOCIATION,
     INTERNATIONAL, et al.,
15
             Defendants.
16   _____/
17        The court having determined that there remains one unresolved issue in the above-
18   entitled action – namely, the determination whether defendant CNF, Inc., is the alter ego of
19   defendant EWW – the judgment entered in the above-entitled action on August 2, 2006, is
20   hereby VACATED pursuant to Federal Rule of Civil Procedure 60(a).
21
22   **IT IS SO ORDERED.**
23   Dated: August 3, 2006
24                                         _____
                                           PHYLLIS J. HAMILTON
25                                         United States District Judge
26
27
28