**United States District Court**
For the Northern District of California

1

2

3

4

5                UNITED STATES DISTRICT COURT

6                NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11    THOMAS RACHFORD, et al.,

12            Plaintiffs,                    No. C 03-3618 PJH

13        v.                                 **ORDER**

14    AIR LINE PILOTS ASSOCIATION,
      INTERNATIONAL, et al.,

15
              Defendant.

16    _____/

17         In accordance with the mandate of the Court of Appeals for the Ninth Circuit, filed

18    October 22, 2008, and the judgment entered July 2, 2008, the first claim for relief in the

19    above-entitled action is DISMISSED without prejudice.

20

21    **IT IS SO ORDERED.**

22    Dated: October 27, 2008

23                                           _____
                                             PHYLLIS J. HAMILTON
24                                           United States District Judge

25

26

27

28